UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVSION

| | |
|---|---|
| **J.P.,** a minor by and through Guardian Ad Litem, **CRYSTAL P.** and **DANIEL P.**, individually and on behalf of a class of all similarly situated students; **ANDREA V.**, individually and on behalf of a class of all similarly situated parents; **ESTHER V.**, individually and on behalf of a class of all similarly situated teachers; **SYLVIA U.**, individually and on behalf of a class of all similarly situated school support staff; **Z.R.,** a minor by and through Guardian Ad Litem, **CORINA R.**, individually; **J.S.,** a minor by and through Guardian Ad Litem, **JENNIFER C.**, individually; **I.R.**, a minor by and through Guardian Ad Litem, **ALMA R. and GEORGE R.**, individually; **L.R.**, a minor by and through Guardian Ad Litem, **LUCIENE A.** and **FRANK R.**, individually; **Z.A.,** a minor by and through Guardian Ad Litem, **ESTHER V.**; **M.C.,** a minor by a through Guardian Ad Litem, **JASMINE C.** individually; **M.T.**, a minor by and through Guardian Ad Litem **LOUANNA R.**; **B.G**. and **F.G**., minors by and through Guardian Ad Litem, **BEATRICE T.**, individually; **J.L**., a minor by and through Guardian Ad Litem, **ASHLEY L.**, individually; **J.D**., a minor by and through Guardian Ad Litem, **SANDRA V.,** individually; **F.L.,** a minor by and through Guardian Ad Litem, **VIRGINIA G.**, individually**; A.P.,** a minor by and through Guardian Ad Litem, **ARACELY P. and ROMAN P.**, individually; **A.L.,** a minor by and through Guardian Ad Litem, **CRYSTAL G.**, individually; **D.J.Q.** a minor by and through Guardian Ad Litem, **YVETTE Q.** and **MANUEL Q.**, individually; **J.P**., a minor by and through Guardian Ad Litem, **JASMIN P.**, individually; **T.G.,** a minor by and through Guardian Ad Litem, **JACKIE G.**, individually; **R.F.,** a minor by and through Guardian Ad Litem, **MONICA O.**, individually; **A.V. and G.E.,** minors by and through Guardian Ad Litem, **ANDREA V.**, individually; **N.S**., a minor by and through Guardian Ad Litem, **ALIETA P.**, individually and grandmother, **MARIA P.**, individually; **A.L.A.T**., a minor by and | Civil Action No.: 1:22-cv-01252-LY<br><br>**NOTICE OF RELATED CASES**<br><br>**CLASS ACTION** |

through Guardian Ad Litem, **CASSANDRA B.**, individually; **G.D.G.R.,** a minor by and through Guardian Ad Litem, **CYNTHIA R.**, individually; **J.M.**, a minor by and through Guardian Ad Litem, **SANDRA M.** and **MARTIN M.**, individually; **MARIA G.-R.** individually**; VANESSA G.,** individually, and **DOES 1-3000**, individually

*Plaintiffs,*

vs.

**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO**, and **DOES 1-600**,

*Defendants.*

## NOTICE OF RELATED CASES

Per Local Rule CV-3, Plaintiffs hereby provide the Court notice of two related cases filed in this District: *Jasmine C., et al. v. Daniel Defense, et al.*, No. 1:22-cv-01251-LY (filed Nov. 29, 2022) and *Torres, et al. v. Daniel Defense, et al.,* No. 2:22-cv-00059-AM-VRG (filed Nov. 28, 2022).

Dated:  December 6, 2022               **Respectfully Submitted,**

*/s/Charles A. Bonner*

**RYDER LAW FIRM**
JESSE RYDER (pro hac forthcoming)
6739 Myers Road
E. Syracuse, NY 13057
Tel: (515) 382-3617
e-mail: ryderlawfirm@gmail.com

**EVANS LAW OFFICE P.P.L.C.**
JERRY EVANS
127 N. West Street
Uvalde, Texas 78801
Tel: (830) 900-5021
e-mail: devanslawoffice@gmail.com

**LAW OFFICES OF BONNER & BONNER**
CHARLES A. BONNER
CABRAL BONNER
ERIC SEIFERT (Pro hac forthcoming)
475 Gate Five Rd., Suite 211
Sausalito, Ca 94965
Tel: (415) 331-3070
Fax: (415) 331-2738
e-mail: cbonner799@aol.com
e-mail: cabral@bonnerlaw.come-mail
e-mail: eseifert00@hotmail.com

**THE BONNER LAW FIRM, P.C**.
VICTOR BONNER (pro hac forthcoming)
4820 Old Spanish Trail
Houston, Texas 77021
Tel: (832) 433-6565
e-mail: vicbonneresq@gmail.com

JAMES M. JOHNSTON, ESQ. (pro hac forthcoming)
100 WILSHIRE BLVD. SUITE 700
SANTA MONICA, CA 90401
TEL: (424)-272-6680
e-mail: james@johnsontrial.com

**LEGAL CENTER OF JOSE ANGEL GUTIERREZ, P.C.**
JOSE ANGEL GUTIERREZ, JUDGE RET.
429 W. 12th Street
Dallas, Texas 75208
Tel: 214 941 1900
e-mail: joseangelgutierrez@yahoo.com