AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:22-cv-01252-LY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHIEF PEDRO ARRENDONDO
1000 N. Getty St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R. and GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends**, LUCIENE A. and FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V. and LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend**, BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M. and MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend**, SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually by and,

　　　　　*Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A <br><br> _Plaintiff(s)_ <br> v. <br> SEE ATTACHMENT A <br><br> _Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:22-cv-01252-LY |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  CITY OF UVALDE
101 E. Main St.
Uvalde, Texas 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                    _____
                                                              _Signature of Clerk or Deputy Clerk_

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends**, LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend**, SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually,

     *Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

       *Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A<br>_____<br>*Plaintiff(s)*<br>v.<br>SEE ATTACHMENT A<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:22-cv-01252-LY<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CAPTAIN JOEL BETANCOURT
5805 North Lamar Blvd.
Austin, Texas 78773

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends**, LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend**, BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend**, SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually,

*Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

       *Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  1:22-cv-01252-LY |
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   REGIONAL DIRECTOR VICTOR ESCALON
5805 North Lamar Blvd.
Austin, Texas 78773

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students; **ANDREA V.,** individually and on behalf of a class of all similarly situated parents; **ESTHER V.,** individually and on behalf of a class of all similarly situated teachers; **SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff; **Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually; **J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually; **I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually; **L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually; **Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually; **M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually; **J.L.,** a minor by and through his parent and next friend **ASHLEY L.,** individually; **J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually; **F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually; **A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually; **A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually; **D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually; **J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually; **T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually; **R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually; **A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually; **N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually; **A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually; **G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually; **J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually; **MARIA G.R.,** individually; **VANESSA G.,** individually; **M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually; **A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually; **J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually; **M.C.A.,** a minor by and through her parent and next friend, **MONICA H.,** individually; **ALBERT V.,** individually; **A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually; **M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually; **A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually; **and DOES 1-3000,** individually by,

   *Plaintiffs,*

vs.

**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

     *Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-01252-LY

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  1:22-cv-01252-LY |
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TDPS DIRECTOR STEVEN MCGRAW
5805 North Lamar Blvd.
Austin, Texas 78773

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend, **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually,

    *Plaintiffs,*

vs.

**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____                        _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*


                                                              _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  1:22-cv-01252-LY |
| v. | ) | |
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS")
5805 North Lamar Blvd.
Austin, Texas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff; **Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend**, SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually by,

     *Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

      *Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   1:22-cv-01252-LY |
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UPD OFFICER JUSTIN MENDOZA
964 W. Main St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff; **Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends**, LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend**, BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend**, ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend**, ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend**, SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually by and,

*Plaintiffs,*

vs.

**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

|  |  |
|---|---|
| SEE ATTACHMENT A<br><br>_____<br>*Plaintiff(s)*<br>v.<br>SEE ATTACHMENT A<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:22-cv-01252-LY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UPD LIEUTENANT JAVIER MARTINEZ
964 W. Main St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend, **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually,

     *Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC
SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS
DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS
SERGEANT JUAN MALDONADO, and DOES 1-3000,**

     *Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A<br><br>_____<br>*Plaintiff(s)*<br>v.<br>SEE ATTACHMENT A<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:22-cv-01252-LY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LIEUTENANT MARIANO PARGAS
964 W Main St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                            *Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students; **ANDREA V.,** individually and on behalf of a class of all similarly situated parents; **ESTHER V.,** individually and on behalf of a class of all similarly situated teachers; **SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff; **Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually; **J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually; **I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually; **L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually; **Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually; **M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually; **J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually; **J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually; **F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually; **A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually; **A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually; **D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually; **J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually; **T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually; **R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually; **A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually; **N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually; **A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually; **G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually; **J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually; **MARIA G.R.,** individually; **VANESSA G.,** individually; **M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually; **A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually; **J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually; **M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually; **ALBERT V.,** individually; **A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually; **M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually; **A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually; **and DOES 1-3000,** individually by,

   *Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

      *Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A<br><br>_____<br>*Plaintiff(s)*<br>v.<br>SEE ATTACHMENT A<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:22-cv-01252-LY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UCISD-PD OFFICER ADRIAN GONZALEZ
1000 N. Getty St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends**, LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend**, BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend, **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend**, SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually,

     *Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

　　　　*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.  1:22-cv-01252-LY |
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   UPD OFFICER DONALD PAGE
964 W. Main St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students; **ANDREA V.,** individually and on behalf of a class of all similarly situated parents; **ESTHER V.,** individually and on behalf of a class of all similarly situated teachers; **SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff; **Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually; **J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually; **I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually; **L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually; **Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually; **M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually; **J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually; **J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually; **F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually; **A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually; **A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually; **D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually; **J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually; **T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually; **R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually; **A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually; **N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually; **A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually; **G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually; **J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually; **MARIA G.R.,** individually; **VANESSA G.,** individually; **M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually; **A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually; **J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually; **M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually; **ALBERT V.,** individually; **A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually; **M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually; **A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually; **and DOES 1-3000,** individually by,

*Plaintiffs,*

vs.

**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____              _____
                                                            *Server's signature*

                                                 _____
                                                            *Printed name and title*


                                                 _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

|  |  |  |
|---|---|---|
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:22-cv-01252-LY |
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UCISD-PD OFFICER JESUS "J.J." SUAREZ
1000 N. Getty St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students; **ANDREA V.,** individually and on behalf of a class of all similarly situated parents; **ESTHER V.,** individually and on behalf of a class of all similarly situated teachers; **SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff; **Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually; **J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually; **I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually; **L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually; **Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually; **M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually; **J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually; **J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually; **F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually; **A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually; **A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually; **D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually; **J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually; **T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually; **R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually; **A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually; **N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually; **A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually; **G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually; **J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually; **MARIA G.R.,** individually; **VANESSA G.,** individually; **M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually; **A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually; **J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually; **M.C.A.,** a minor by and through her parent and next friend, **MONICA H.,** individually; **ALBERT V.,** individually; **A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually; **M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually; **A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually; **and DOES 1-3000,** individually,

     *Plaintiffs,*

vs.

**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

SEE ATTACHMENT A

_____
*Plaintiff(s)*

v.

SEE ATTACHMENT A

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  1:22-cv-01252-LY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UPD OFFICER LOUIS LANDRY
964 W. Main St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends**, LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend**, BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend**, ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend**, SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually by and

     *Plaintiffs,*

vs.

**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

     *Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.   1:22-cv-01252-LY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ
1000 N. Getty St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends**, LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend**, BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend**, SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually,

   *Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                    *Server's signature*

                                                                    _____
                                                                    *Printed name and title*


                                                                    _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A  <br><br>_____  <br>*Plaintiff(s)* <br>v. <br>SEE ATTACHMENT A  <br><br>_____  <br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:22-cv-01252-LY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UPD SERGEANT DANIEL CORONADO
964 W. Main St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend, **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually,

　　　　*Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

SEE ATTACHMENT A

_Plaintiff(s)_

v.

SEE ATTACHMENT A

_Defendant(s)_

Civil Action No.   1:22-cv-01252-LY

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   UPD SERGEANT EDUARDO CANALES
964 W. Main St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                                    _____
                                                                              _Signature of Clerk or Deputy Clerk_

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students; **ANDREA V.,** individually and on behalf of a class of all similarly situated parents; **ESTHER V.,** individually and on behalf of a class of all similarly situated teachers; **SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff; **Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually; **J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually; **I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually; **L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually; **Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually; **M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually; **J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually; **J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually; **F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually; **A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually; **A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually; **D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually; **J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually; **T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually; **R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually; **A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually; **N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually; **A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually; **G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually; **J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually; **MARIA G.R.,** individually; **VANESSA G.,** individually; **M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually; **A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually; **J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually; **M.C.A.,** a minor by and through her parent and next friend, **MONICA H.,** individually; **ALBERT V.,** individually; **A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually; **M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually; **A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually; **and DOES 1-3000,** individually by,

     *Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:22-cv-01252-LY |
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TDPS SERGEANT JUAN MALDONADO
5805 North Lamar Blvd.
Austin, Texas 78773

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend, **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually by,

     *Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARREDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:22-cv-01252-LY |
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* UVALDE COUNTY SHERIFF RUBEN NOLASCO
121 E Nopal Street
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends**, LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend**, BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend**, ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend**, SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually, by and through,

      *Plaintiffs,*

vs.

**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

                                                    _____
                                                              *Server's signature*

                                                    _____
                                                            *Printed name and title*


                                                    _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:22-cv-01252-LY |
| SEE ATTACHMENT A | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE
DEPARTMENT ("UCISD-PD")
1000 N. Getty St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff; **Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually; **J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually; **I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually; **L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually; **Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually; **M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually; **J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually; **J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually; **F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually; **A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually; **A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually; **D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually; **J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually; **T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually; **R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually; **A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually; **N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually; **A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually; **G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually; **J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually; **MARIA G.R.,** individually; **VANESSA G.,** individually; **M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually; **A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually; **J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually; **M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually; **ALBERT V.,** individually; **A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually; **M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually; **A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually; **and DOES 1-3000,** individually by,

   *Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                                        *Server's signature*

                                                            _____
                                                                        *Printed name and title*


                                                            _____
                                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:22-cv-01252-LY |
| SEE ATTACHMENT A | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD")
1000 N. Getty St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                  *Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends, **LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend, **BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend, **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend, **SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually,

*Plaintiffs,*

vs.

**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                    *Server's signature*

                                           _____
                                                    *Printed name and title*


                                           _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.   1:22-cv-01252-LY |
| SEE ATTACHMENT A | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  UVALDE POLICE DEPARTMENT ("UPD")
964 W. Main St.
Uvalde, TX 78801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       CHARLES A. BONNER, ESQ.
Law Offices of Bonner and Bonner
475 Gate Five Rd., Suite 211
Sausalito, CA 94965
415-331-2738 (fax)
cbonner799@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____          _____

*Signature of Clerk or Deputy Clerk*

ATTACHMENT A
CAPTION

**J.P.,** a minor by and through his parents and next friends, **CRYSTAL P. and DANIEL P.,** individually and on behalf of a class of all similarly situated students**; ANDREA V.,** individually and on behalf of a class of all similarly situated parents**; ESTHER V.,** individually and on behalf of a class of all similarly situated teachers**; SYLVIA U.,** individually and on behalf of a class of all similarly situated school support staff**; Z.R.,** a minor by and through her parent and next friend, **CORINA R.,** individually**; J.S.,** a minor by and through his parent and next friend, **JENNIFER C.,** individually**; I.R.,** a minor by and through his parents and next friends, **ALMA R.** and **GEORGE R.,** individually**; L.R.,** a minor by and through her parents and next friends**, LUCIENE A.** and **FRANK R.,** individually**; Z.A.,** a minor by and through his parents and next friends, **ESTHER V.** and **LUIS A.,** individually**; M.T.,** a minor by and through her parent and next friend, **LOUANNA R.; B.G.** and **F.G.,** minors by and through their parent and next friend**, BEATRICE T.,** individually**; J.L.,** a minor by and through his parent and next friend, **ASHLEY L.,** individually**; J.D.,** a minor by and through his parent and next friend, **SANDRA V.,** individually**; F.L.,** a minor by and through her parent and next friend, **VIRGINIA G.,** individually**; A.P.,** a minor by and through his parents and next friends, **ARACELY P.** and **ROMAN P.,** individually**; A.L.,** a minor by and through her parent and next friend, **CRYSTAL G.,** individually**; D.J.Q.,** a minor by and through his parents and next friends, **MANUEL Q.** and **YVETTE Q.,** individually**; J.P.,** a minor by and through her parent and next friend, **JASMIN P.,** individually**; T.G.,** a minor by and through her parent and next friend, **JACKIE G.,** individually**; R.F.,** a minor by and through her parent and next friend, **MONICA O.,** individually**; A.V.** and **G.E.,** minors by and through their parents and next friends, **ANDREA V.,** individually**; N.S.,** a minor by and through her parent and next friend, **ALIETA P.,** individually and grandmother, **MARIA P.,** individually**; A.L.A.T.,** a minor by and through her parent and next friend, **CASSANDRA B.,** individually**; G.D.G.R.,** a minor by and through her parent and next friend, **CYNTHIA R.,** individually**; J.M.,** a minor by and through her parents and next friends, **SANDRA M.** and **MARTIN M.,** individually**; MARIA G.R.,** individually**; VANESSA G.,** individually**; M.D.E.,** a minor by and through her parents and next friends, **BERNARD E. and TANAMA J.E.,** individually**; A.R.,** a minor by and through her parent and next friend, **DEBORA Q.,** individually**; J.A.M.,** a minor by and through her parents and next friends, **LETICIA M.** and **MIKE M.,** individually**; M.C.A.,** a minor by and through her parent and next friend,  **MONICA H.,** individually**; ALBERT V.,** individually**; A.G.,** a minor by and through her parent and next friend**, SELENA T.,** individually**; M.C.** a minor by and through her parent and next friend, **MARISA S.,** individually**; A.M.** a minor by and through her parent and next friend, **AIKO C.,** individually**; and DOES 1-3000,** individually by,

     *Plaintiffs,*

vs.


**THE UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT ("UCISD"); UCISD SCHOOL PRINCIPAL MANDY GUTIERREZ; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT POLICE DEPARTMENT ("UCISD-PD") CHIEF PEDRO ARRENDONDO; UCISD-PD OFFICER ADRIAN GONZALEZ; UCISD-PD OFFICER JESUS "J.J." SUAREZ; CITY OF UVALDE; UVALDE POLICE DEPARTMENT ("UPD") LIEUTENANT MARIANO PARGAS; UPD SERGEANT EDUARDO CANALES; UPD LIEUTENANT JAVIER MARTINEZ; UPD SERGEANT DANIEL CORONADO; UPD OFFICER LOUIS LANDRY; UPD OFFICER DONALD PAGE; UPD OFFICER JUSTIN MENDOZA; UVALDE**

ATTACHMENT A
CAPTION

**COUNTY SHERIFF RUBEN NOLASCO; TEXAS DEPARTMENT OF PUBLIC SAFETY ("TDPS") REGIONAL DIRECTOR VICTOR ESCALON; TDPS DIRECTOR STEVEN MCGRAW; CAPTAIN JOEL BETANCOURT; TDPS SERGEANT JUAN MALDONADO, and DOES 1-3000,**

*Defendants.*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:22-cv-01252-LY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: