**FILED**

**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

JUN 20 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

| | |
|---|---|
| J.P., a minor, et al., § | |
| Plaintiffs, § | |
| § | Case No. DR-23-CV-15-AM |
| v. § | |
| THE UVALDE CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT, et al. § | |
| Defendants. § | |

## ORDER

On this date, the Court considers the prior show cause order and the Plaintiffs' response. Despite the Court's prior order, the Plaintiffs still have not served all the Defendants. The Plaintiffs offered a nonresponsive reply to the Court's request to show cause. This sort of gamesmanship will not be tolerated from any party. Any pending motions by the Plaintiffs will be held in abeyance until all Defendants are properly served. The Defendants must be afforded due process instead of Plaintiff counsel's apparent wish to improperly litigate this case *ex parte*.

It is hereby **ORDERED** that, within fourteen (14) days of the date of this order, the Plaintiffs **SHALL** serve all the remaining Defendants. It is **FURTHER ORDERED** that upon confirmation that all Defendants have been served, a status conference will be set as soon as practicable, in-person in Del Rio, Texas, to determine the deadlines. At that time, any appropriate sanctions for any failures by Plaintiffs' counsel regarding any blatant failures to serve the Defendants on time will be litigated.

SIGNED and ENTERED on this 20th day of June 2023.

_____
ALIA MOSES
Chief United States District Judge