FILED

JUL 13 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| J.P., a minor, et al., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> THE UVALDE CONSOLIDATED § <br> INDEPENDENT SCHOOL DISTRICT, et al. § <br> Defendants. § | Case No. DR-23-CV-15-AM |

## ORDER

On this date, the Court considers the prior show cause order and the Plaintiffs' response. The Plaintiffs were given 14 days to serve all the Defendants. This additional 14 days came seven months after the Plaintiffs filed this case and still had not served the Defendants. In the Court's prior order, the Court warned that a hearing would be held once all the Defendants had been served within the 14-day period. Despite the Court's prior order, the Plaintiffs still have not served all the Defendants despite multiple chances and reminders. The Plaintiffs untimely filed a document with several proofs of service on July 10, 2023: 5 days after the end of the 14-day period. And again, this still did not prove that all the Defendants were served. At least seven Defendants are still left unserved.

It is hereby **ORDERED** that the Plaintiffs' counsel shall appear in Courtroom 1 of the United States Courthouse in Del Rio, TX on Tuesday, July 18, 2023 at 3:30 PM for a sanctions hearing.

SIGNED and ENTERED on this 13th day of July 2023.

_____
ALIA MOSES
Chief United States District Judge