# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

**FILED**
JUL 18 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| J.P., a minor, et al., § | |
| Plaintiffs, § | Case No. DR-23-CV-15-AM |
| § | |
| v. § | |
| § | |
| THE UVALDE CONSOLIDATED § | |
| INDEPENDENT SCHOOL DISTRICT, et al. § | |
| Defendants. § | |

## ORDER

On this date, the Court considers the prior show cause orders and the Plaintiffs' response. In the Court's most recent order, the Court set a sanctions hearing for the Plaintiffs' attorneys based on their repeated failure to serve the Defendants without any showing of good cause. No attorney appeared at the sanctions hearing. As a result, the Court will consider additional sanctions for the failure to appear and will consider referring the Plaintiffs' counsel for contempt prosecution based on the failure to appear at the sanctions hearing.

Accordingly, it is hereby **ORDERED** that the Plaintiffs' counsel shall appear in Courtroom 1 of the United States Courthouse in Del Rio, TX on Tuesday, August 1, 2023, at 2:00 PM for a sanctions hearing and contempt hearing.

SIGNED and ENTERED on this 18th day of July 2023.

_____
ALIA MOSES
Chief United States District Judge